# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| WELLPATH LLC; CORRECTIONAL HEALTHCARE COMPANIES, LLC; CORRECTIONAL HEALTHCARE HOLDING COMPANY, LLC; CHC COMPANIES, LLC; WELLPATH GROUP HOLDINGS, LLC; and JUDICIAL CORRECTION SERVICES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> EVANSTON INSURANCE COMPANY, <br><br> Defendant. | No. 3:21-cv-00675 <br><br> Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Barbara D. Holmes |

## PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Fed. R. Civ. P. 15 and Local Rule 15.01, and as contemplated by the November 1, 2021 Initial Case Management Order and the December 1, 2021 Order staying further briefing on Defendant's Motion to dismiss, Plaintiffs (collectively, "Wellpath") file this Motion for Leave to Amend the Complaint. A signed proposed Amended Complaint is attached as **Exhibit A**. Wellpath also relies upon the contemporaneously-filed Memorandum in Support, which describes the reasons supporting the proposed amendment and the substance of the amendment sought.

Pursuant to Local Rules 7.01(a)(1) and 15.01(a)(2), counsel for Wellpath has conferred with counsel for Defendant about the proposed amendment and has been advised that Defendant opposes the Motion for Leave to Amend.

Respectfully submitted,

SHERRARD ROE VOIGT & HARBISON, PLC

By: */s/ L. Webb Campbell II*
L. Webb Campbell II (No. 011238)
Lauren Z. Curry (No. 030123)
150 3rd Avenue South, Ste. 1100
Nashville, Tennessee 37201
(615) 742-4200
*wcampbell@srvhlaw.com*
*lcurry@srvhlaw.com*

REED SMITH LLP
John N. Ellison (PA Bar No. 51098)
*(admitted pro hac vice)*
Luke E. Debevec (PA Bar No. 92860)
*(admitted pro hac vice)*
1717 Arch Street, Suite 3100,
Philadelphia, PA 19103
*jellison@reedsmith.com*
*ldebevec@reedsmith.com*

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

Service of the foregoing was accomplished through the Court's Electronic Filing System this 31st day of January, 2022, upon the following:

Bruce D. Gill
James W. Fuller IV
Leitner, Williams, Dooley & Napolitan, PLLC
4th & Church Building
201 4th Avenue North, Suite 1100
Nashville, Tennessee 37219
bruce.gill@leitnerfirm.com
james.fuller@leitnerfirm.com

Timothy A. Carroll
Clyde & Co US LLP
200 Campus Drive, Suite 300
Florham Park, NJ 07932
timothy.carroll@clydeco.us

Cary J. Economou
Clyde & Co US LLP
1775 Pennsylvania Avenue, NW, 4th Floor
Washington, DC 2006
cary.economou@clydeco.us

*/s/ L. Webb Campbell II*
L. Webb Campbell II