# EXHIBIT A

# CCS-CMGC / Wellpath – Structure Chart as of 7/7/2020

