# EXHIBIT H

# Exhibit H – List of Underlying Claims

| |
|---|
| **The Medical Cases** |
| *Chimenti, et al. v. PA Department of Corrections, et al.*, 15 Civ. 3333, United States District Court, Eastern District of Pennsylvania |
| *Morris Parrish v. Corizon Health, Inc., et al.,* Case No. 2:15-CV-1813, United States District Court, Eastern District of Pennsylvania |
| *John Cornish v. City of Philadelphia, et al.,* Case No. 14-cv-6920, United States District Court, Eastern District of Pennsylvania |
| *Harvey Broadus v. Prison Health Services, Inc., et al.*, Case No. 2:16-cv-00751, United States District Court, Western District of Pennsylvania |
| *Brogdan v. Correct Care Solutions, LLC, et al.,* Case No. 1:16-cv-00012, United States District Court, Western District of Pennsylvania |
| **JCS Probation Cases** |
| *Gina Kay Ray, et al. v. Judicial Correction Services, Inc., et al.,* Case No. 2:12-cv-02819, United States District Court, Northern District of Alabama |
| *Angela McCullough, et al. v. City of Montgomery, Alabama, et al.,* Case No. 2:15-cv-463, United States District Court, Middle District of Alabama |
| *Aldaress Carter, et al. v. City of Montgomery, et al.,* Case No. 2:15-cv-555, United States District Court, Middle District of Alabama |
| *Dana Carden v. Town of Harpersville, et al.,* Case No. 2:15-cv-1381, United States District Court, Northern District of Alabama |
| *Robert C. Hall, et al. v. City of Fort Payne, et al.,* Case No. 4:15-cv-1656, United States District Court, Northern District of Alabama |
| *Kari Woods, et al. v. City of Columbiana, et al.,* Case No. 2:15-cv-00493, United States District Court, Northern District of Alabama |
| *Candice Chapman, et al. v. City of Clanton, et al.,* Case No. 2:15-cv-00125, United States District Court, Middle District of Alabama |
| *Reynolds, et al. v. Judicial Correction Services, Inc., et al.,* Case No. 2:15-cv-00161, United States District Court, Middle District of Alabama |

| |
|---|
| *Brickhouse, et al. v. DeKalb County, Georgia, et al.,* Case No. 16A59481E4, State Court of DeKalb County, Georgia |
| *Emerson Hamilton et al. v. Judicial Correction Services, LLC f/k/a Judicial Correction Services, Inc., CHC Companies LLC f/k/a CHC Companies Inc., Correct Care Solutions LLC et al.,* Case No. 2:18-cv-0093-RDP, United States District Court, Northern District of Alabama |
| *Ethel Lee Eaton, et al. v. Judicial Correction Services, LLC f/k/a Judicial Correction Services, Inc. et al.,* Case No. 2:18-cv-01034, United States District Court, Northern District of Alabama |