IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WELLPATH LLC, et al ) | |
| ) | |
| v. ) | NO. 3:21-0675 |
| ) | Crenshaw/Holmes |
| EVANSTON INSURANCE COMPANY ) | |

# **O R D E R**

Pursuant to Local Rule 16.01(h)(2), the District Judge is provided notice that on March 1, 2022, Defendant filed a motion to dismiss with supporting memorandum. (Docket Entry Nos. 61, 62). The deadlines for responsive filings are governed by Fed. R. Civ. P. 12 and Local Rule 7.01. *See also* Docket No. 35 at K.

The Clerk of Court shall forward this motion and any responsive filings for the District Judge's consideration. All previously imposed deadlines remain in effect absent further order of the Court.

It is so ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge