**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **WELLPATH LLC, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **No. 3:21-cv-00675** |
| ) | |
| **EVANSTON INSURANCE COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |

## <u>ORDER</u>

The parties have filed a Notice of Mediation and Settlement (Doc. No. 82) that a settlement agreement has been reached.

Accordingly, the parties shall file an Agreed Order of Dismissal by **February 3, 2023.** .

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE